WALTER L. PRATT and Others, Respondents, v. THE CITY OF SCHENECTADY, Appellant.— Judgment affirmed, with costs. All concurred, except Kellogg, P. J., who favors a modification by striking out of the recovery $853.90, allowed in the forty-third finding of fact, and $1,452.54 allowed by the forty-sixth finding of fact.

NATIONAL BANK OF COMMERCE OF ROCHESTER, N. Y., Respondent, v. CITY OF WATERVLIET, Appellant, Impleaded with JAMES F. LEARY and Another, Defendants.— Judgment and order unanimously affirmed, with costs, on the opinion of Rudd, J., at Trial Term. (Reported in 97 Misc. Rep. 121.)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN BENGER and Others, Respondents, v. LELAND G. DAVIS, Mayor, and Others, Aldermen, Constituting the Common Council of the City of Cortland, N. Y., and Another, Appellants.— Order unanimously affirmed, with costs, on the opinion of Sewell, J., in the court below. (Reported in 100 Misc. Rep. 334.) Sewell, J., not sitting.

WALTER H. PATTERSON, Appellant, v. NEW ENGLAND EQUITABLE INSURANCE COMPANY, Respondent, Impleaded with Another.— Judgment reversed, with costs, and judgment directed in favor of the plaintiff for $181.50, with interest from March 4, 1916, and costs, on the opinion in *Bronnie* v. *New England Equitable Ins. Co.* (*ante*, p. 331), decided herewith. All concurred.

JOSEPH ROSENFELD, Respondent, v. HENRY W. SEIGEL, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that it was prejudicial error to refuse to charge in substance that the rental value under the lease to be considered was $250 per year. All concurred.

EDITH M. ROSE, Respondent, v. THE TOWN OF CONKLIN, Appellant.— Judgment and order unanimously affirmed, with costs, under the last sentence of section 1317 of the Code of Civil Procedure.

HARRY STOLINSKY v. GUSSIE STOLINSKY.— Motion to dismiss appeal denied, with leave to respondent to renew the same at a subsequent term if so advised.

B. F. STURTEVANT COMPANY, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Sewell, J., not sitting.

FRANCES SWIDERSKI, as Administratrix, etc., Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

FLORENCE STOCK, Respondent, v. WELBY UPDIKE, Appellant.— Judgment and order reversed, and new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence. All concurred, except Sewell, J., who dissented; Lyon, J., not sitting. The court disapproves of the finding that the defendant committed an assault.